**Order entered August 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00662-CV

## IN THE INTEREST OF M.I.M., A CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-56047-2009**

## ORDER

Before the Court is the August 26, 2014 motion of Rebecca Tillery to withdraw the brief filed by appellee Brent Blackmore. On July 7, 2014, we granted Ms. Tillery's motion to withdraw as counsel for appellee Brent Blackmore. In her August 26, 2014 motion, Ms. Tillery explains that the brief was erroneously e-filed on August 26, 2014. We **GRANT** the motion and **STRIKE** the brief tendered to this Court on August 26, 2014.

/s/     ADA BROWN
         JUSTICE